Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−26026−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick Clive Howell Sr.
   aka Patrick Howell, aka Patrick C. Howell,
   dba Little Negril
   3 Ternberry Court
   Turnersville, NJ 08012

Social Security No.:
   xxx−xx−6936

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 18, 2017
JAN: dac

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 16-26026-JNP
Patrick Clive Howell, Sr.                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Sep 18, 2017
                              Form ID: 148             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db              +Patrick Clive Howell, Sr.,   3 Ternberry Court,   Turnersville, NJ 08012-1678
cr              +1ST FIDELITY LOAN SERVICING, LLC,    Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                  Suite 200,   Warrington, PA 18976-3400
cr              +Deutsche Bank National Trust Company, as Trustee,,   c/o Frenkel, Lambert, Weiss, Weisman & G,
                  80 Main Street, Suite 460,   West Orange, NJ 07052-5414
516523526       +1st Fidelity Loan Servicing LLC,   c/o BSI Financial Services,   1425 Greenway Drive, #400,
                  Irving, TX 75038-2480
516396865       +38 Special, LLC,   c/o Robert Marks,   1146 Route 73,   Mount Laurel, NJ 08054-5112
516396866        Account Resolution Services,   PO Box 189018,   Fort Lauderdale, FL 33318-9018
516396867       +BSI Financial Services,   314 S Franklin Street,   PO Box 517,   Titusville, PA 16354-0517
516396868       +Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   Camp Hill, PA 17011-6943
516353039        Comcast Headquarters,   Comcast Center 1701,   JFK Blvd,   Philadelphia, PA 19103
516548893        Deutsche Bank National Trust Company, as Trustee,   Select Portfolio Servicing Inc.,
                  PO Box 65250,   Salt Lake City, UT 84165-0250
516396872       +Emerg Phy Assoc of S.Jersey, PC,   2620 Ridgewood Rd Ste 300,   Akron, OH 44313-3500
516396873        Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
516396874       +First Data,   265 Broad Hollow Rd,   Melville, NY 11747-4833
516396875       +GEICO,   ATTN: Region 8 Policy,   PO Box 9506,   Fredericksburg, VA 22403-9506
516396877        Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516353033       +Scheuer Motor Sales Inc.,   285 US Route 46,   Elmwood Park, NJ 07407-2419
516396878       +Select Medical Corp,   9 E Somerdale Road,   Somerdale, NJ 08083-1102
516396879       +Select Portfolio Servicing, Inc.,   ATTN: Bankruptcy Dept.,   PO Box 65250,
                  Salt Lake City, UT 84165-0250
516396880       +South Jersey Endodontics, PA,   292 Hurffville-Grenloch Road, Ste. 200,   Sewell, NJ 08080-2656
516350360       +South Jersey Gas,   Customer Care Center,   PO Box 577,   Hammonton, NJ 08037-0577
516353035       +South Jersey Gas,   PO Box 6091,   Bellmawr, NJ 08099-6091
516428889       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516396882        Trojan Professional Services,   4410 Cerritos Ave,   Los Alamitos, CA 90720-2549
516396883       +US Bank ELT Northstar,   444 Cedar Street, Suite 550,   Saint Paul, MN 55101-3153
516396884       +Washington Township Dental Assoc., PA,   474 Hurffville Crosskeys Road,   Sewell, NJ 08080-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2017 00:19:14      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2017 00:19:11      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516350359        E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2017 00:18:56      Atlantic Electric,
                  PO Box 4875,   Trenton, NJ 08650
516357117        EDI: AIS.COM Sep 19 2017 00:08:00      American InfoSource LP as agent for,
                  First Data Global Leasing,   PO Box 248838,   Oklahoma City, OK 73124-8838
516364687        E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2017 00:18:56      Atlantic City Electric Company,   Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                  Carneys Point, NJ 08069-3600
516353036        E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2017 00:18:56      Atlantic Electric,
                  PO Box 17006,   Wilmington, DE 19850-7006
516396869        EDI: CAPITALONE.COM Sep 19 2017 00:08:00      Capital One,   PO Box 30285,
                  Salt Lake City, UT 84130-0285
516353037       +E-mail/Text: equiles@philapark.org Sep 19 2017 00:19:59      City of Philadelphia,
                  Parking Violation Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
516479155        EDI: CRFRSTNA.COM Sep 19 2017 00:08:00      Credit First NA,   PO Box 818011,
                  Cleveland, OH 44181-8011
516396870        EDI: CRFRSTNA.COM Sep 19 2017 00:08:00      Credit First, N.A.,   PO Box 81315,
                  Cleveland, OH 44181-0315
516353038        EDI: DIRECTV.COM Sep 19 2017 00:08:00      Direct TV Customer Service,   PO Box 6550,
                  Greenwood Village, CO 80155-6550
516522161        EDI: ECMC.COM Sep 19 2017 00:08:00      ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
516396871       +EDI: ECMC.COM Sep 19 2017 00:08:00      Education Credit Management,   1 Imation Place,
                  Oakdale, MN 55128-3422
516396876        EDI: IRS.COM Sep 19 2017 00:08:00      Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA 19101-7346
516435108       +E-mail/Text: equiles@philapark.org Sep 19 2017 00:19:59      Philadelphia Parking Authority,
                  701 Market Street, Suite 5400,   Philadelphia, PA 19106-2895
516353034        EDI: TFSR.COM Sep 19 2017 00:08:00      Toyota Financial Services,   PO Box 5855,
                  Carol Stream, IL 60192
516396881        EDI: TFSR.COM Sep 19 2017 00:08:00      Toyota Motor Credit,   4 Gatehall Drive, Suite 350,
                  Parsippany, NJ 07054
516609053        EDI: ECMC.COM Sep 19 2017 00:08:00      US Department of Education,   P O Box 16448,
                  Saint Paul MN 55116-0448
516396885       +E-mail/Text: agrassiawtmua@verizon.net Sep 19 2017 00:19:02      Washington Township MUA,
                  PO Box 127,   Grenloch, NJ 08032-0127
                                                                                              TOTAL: 19
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2017
                               Form ID: 148             Total Noticed: 44
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516350358       Toyota Inc.
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Rex J. Roldan    on behalf of Debtor Patrick Clive Howell, Sr. roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
           Mortgage Pass-Through Certificates, Series 2006-FF5 sobrien@flwlaw.com
          Steven P. Kelly    on behalf of Creditor    1ST FIDELITY LOAN SERVICING, LLC
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```